OCTOBER 3, 1986

No. 86–7. CONNECTICUT GENERAL LIFE INSURANCE CO. *v.* DREDGE ET AL. C. A. 10th Cir. Certiorari dismissed under this Court's Rule 53.